AO450 (Rev. 5/85) Judgement in a Civil Case

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

Robert Cotner

**JUDGMENT IN A CIVIL CASE**

V.

Ronald L. Rodgers

Case Number: CIV-08-319-FHS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is, in all respects, DISMISSED AS FRIVOLOUS, pursuant to 28 U.S.C. § 1915A(b)(1).

10/24/08
Date

WILLIAM B. GUTHRIE
Clerk

s/ A Green
(By) Deputy Clerk